**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AJAY SURESH,

              Plaintiff,

v.

PID FLOORS, LLC,

              Defendant.

**CASE NO.: 1:25-cv-02934-KPF**

**ORDER OF DISMISSAL WITH PREJUDICE**

      **THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. 15, filed on June 16, 2025. Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action **with prejudice** as against the Defendant, PID Floors, LLC.

      **DONE AND ORDERED** in Chambers at New York, NY, this 16 day of June, 2025.

*Katherine Polk Failla*

HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE